## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:25-CV-22267-JB

Plaintiff:
**DOMINIQUE MARTIN**

vs.

Defendant:
**BIS-NIK II ENTERPRISES, INC. D/B/A TIPSEE SPIRITS & WINE AND MARK CARRIE**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 19th day of May, 2025 at 2:15 pm to be served on **Mark Carrie, 3661 SW 163 Avenue, Miramar, FL 33027**.

I, Joseph Onega, do hereby affirm that on the **17th day of June, 2025** at **6:20 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Mark Carrie** at the address of: **3661 SW 163 Avenue, Miramar, FL 33027**, and informed said person of the contents therein, in compliance with Federal statutes.

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: Black, Height: 6'4", Weight: 200, Hair: Bald, Glasses: N

I declare under penalty of perjury that this information is true.

**Joseph Onega**
CPS 1861; SPS 1253

**Miami PSPI, LLC
1800 Coral Way, Suite 1511
Miami, FL 33145
(305) 285-4321**

Our Job Serial Number: NAY-2025000859