# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

DOMINIQUE MARTIN

    PLAINTIFF(S)

v.

TIPSEE SPIRITS & WINE , et al.,

    DEFENDANT(S).

CASE NUMBER
1:25−cv−22267−JB

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Mark Carrie**

as of course, on the date July 14, 2025.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Lisa Streets*
Deputy Clerk

cc:  Judge Jacqueline Becerra
    Tipsee Spirits & Wine

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)