UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22267-BECERRA/TORRES

DOMINIQUE MARTIN,

    Plaintiff,

vs.

BIS-NIK II ENTERPRISES, INC.
D/B/A TIPSEE SPIRITS & WINE
AND MARK CARRIE,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE
ON DEFENDANT, BIS-NIK II ENTERPRISES, INC. D/B/A TIPSEE SPIRITS**

    Plaintiff, Dominique Martin, files the Return of Service on Defendant, Bis-Nik II Enterprises, Inc. d/b/a Tipsee Spirits (served August 14, 2025).

    Dated this 19th day of August 2025.

                                             s/Brian H. Pollock, Esq.
                                             Brian H. Pollock, Esq.
                                             Fla. Bar No. 174742
                                             brian@fairlawattorney.com
                                             FAIRLAW FIRM
                                             135 San Lorenzo Avenue
                                             Suite 770
                                             Coral Gables, FL 33146
                                             Tel:    305.230.4884
                                             *Counsel for Plaintiff*