**RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:25-CV-22267-JB

Plaintiff: **DOMINIQUE MARTIN**
vs.
Defendant: **BIS-NIK II ENTERPRISES, INC. D/B/A TIPSEE SPIRITS & WINE AND MARK CARRIE**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 20th day of June, 2025 at 1:14 pm to be served on **BIS-NIK II ENTERPRISES, INC. D/B/A TIPSEE SPIRITS & WINE c/o MARK D. CARRIE, its Registered Agent, 3661 SW 163 Avenue, Miramar, FL 33027**.

I, Joseph Onega, do hereby affirm that on the **14th day of August, 2025** at **10:50 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Mino Doe (refused to provide last name), Manager, as Employee,** for BIS-NIK II ENTERPRISES, INC. D/B/A TIPSEE SPIRITS & WINE c/o MARK D. CARRIE, its Registered Agent, at the address of: **800 NW 183 Street, Miami Gardens, FL 33169**, and informed said person of the contents therein, in compliance with Florida statute 48.081.

**Additional Information pertaining to this Service:**
6/24/2025  7:21 pm  Attempted service at 3661 SW 163 Avenue, Miramar, FL 33027. This is a house. No answer and no movement.
6/28/2025  11:59 am  Attempted service at 3661 SW 163 Avenue, Miramar, FL 33027. No answer and no movement.
7/5/2025  2:32 pm  Attempted service at 3661 SW 163 Avenue, Miramar, FL 33027. No answer and no movement heard.
7/10/2025  8:31 am  Attempted service at 3661 SW 163 Avenue, Miramar, FL 33027. No answer and no movement.
7/21/2025  10:14 am  Attempted service at 4400 NW 171 Street, Miami, FL 33055. This is a house. No answer, no vehicle is present, and no movement.
7/24/2025  6:44 pm  Attempted service at 4400 NW 171 Street, Miami, FL 33055. No answer. I hear no movement. The neighbor does not answer.
7/28/2025  7:36 pm  Attempted service at 4400 NW 171 Street, Miami, FL 33055. No answer, no movement, and the neighbors do not answer.
8/5/2025  8:03 am  Attempted service at 4400 NW 171 Street, Miami, FL 33055. No answer and no movement.
8/13/2025  7:07 pm  Attempted service at 3661 SW 163 Avenue, Miramar, FL 33027 Lexus QJGK93 a 45-year-old black female came to the door. She did not open the door but I can see through the door. I had to speak to her through the door. I asked for the defendant and she just answered "no" and walked away.
8/14/2025  10:32 am  Attempted service at 4400 NW 171 Street, Miami, FL 33055. No answer. Present at the property: Ford with tag NZCG40. I left a contact card on the door.
8/14/2025  10:50 am  I served Mino, manager. He refuse to tell me his last name. The manager answered yes when I asked him if he is an employee of the registered agent. Served at 800 NW. 183rd St., Miami Gardens, FL 33169. I attached a photo of the manager I served. He is the male in the orange shirt. He came outside and opened the Dodge ram truck pictured.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: Black, Height: 5'9", Weight: 230, Hair: Black, Glasses: Y

I declare under penalty of perjury that this information is true.

_____
**Joseph Onega**
CPS 1861; SPS 1253

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2025001082