UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22267-BECERRA/TORRES

DOMINIQUE MARTIN,

    Plaintiff,

vs.

BIS-NIK II ENTERPRISES, INC.
D/B/A TIPSEE SPIRITS & WINE
AND MARK CARRIE,

    Defendants.
_____/

## PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT, BIS-NIK II ENTERPRISES, INC. D/B/A TIPSEE SPIRITS

Plaintiff, Dominique Martin, through undersigned counsel and pursuant to Fed. R. Civ. P. 55 and other applicable Rules and laws, moves the Clerk of Court to enter a Default against Defendant, Bis-Nik II Enterprises, Inc. d/b/a Tipsee Spirits, based on the following good cause:

1.    Plaintiff, Dominique Martin, served the Summons and Complaint on Defendant, Bis-Nik II Enterprises, Inc. d/b/a Tipsee Spirits, on August 14, 2025. [ECF Nos. 9.]

2.    Defendant, Bis-Nik II Enterprises, Inc. d/b/a Tipsee Spirits, did not request or receive an extension of time to respond to the Complaint from the Plaintiff.

3.    It also failed to timely file a request for an extension of time from the Court, receive an extension of time from the Court, and otherwise respond to the Complaint, such that the Clerk of Courts should now enter a Default against Defendant, Bis-Nik II Enterprises, Inc. d/b/a Tipsee Spirits.

## MEMORANDUM OF LAW

"In the courts, there is room for only so much lenity. The district court must consider the equities not only to plaintiff and his counsel, but also to the opposing parties and counsel, as well as to the public, including those persons affected by the court's increasingly crowded docket." *Young v. City of Palm Bay, Fla.*, 358 F.3d 859, 864 (11th Cir. 2004).

WHEREFORE Plaintiff, Dominique Martin, requests the Clerk of Courts to issue a Default against Defendant, Bis-Nik II Enterprises, Inc. d/b/a Tipsee Spirits, for failing to respond to the Complaint within the time proscribed by law or request (and obtain) an extension of time from the Court, and to award such other and further relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served through filing in the U.S. District Court's CM/EDF System on this 11th day of September 2025, which will effect service on all who appear in this action, and by U.S. Mail on Defendant, Bis-Nik II Enterprises, Inc. d/b/a Tipsee Spirits, 3661 SW 163 Avenue, Miramar, FL 33027 (the address where served with process in this action).

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Miami, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*