UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22267-BECERRA/TORRES

DOMINIQUE MARTIN,

    Plaintiff,

vs.

BIS-NIK II ENTERPRISES, INC.
D/B/A TIPSEE SPIRITS & WINE
AND MARK CARRIE,

    Defendants.
_____/

## CLERK'S DEFAULT

It appearing that Defendant herein, BIS-NIK II ENTERPRISES, INC. D/B/A TIPSEE SPIRITS, is in default for failure to appear, answer, or otherwise plead to the Complaint filed herein within the time required by law, a Default is hereby entered against Defendant, BIS-NIK II ENTERPRISES, INC. D/B/A TIPSEE SPIRITS, as of course, on this date _____.

                              **ANGELA E. NOBLE**
                              CLERK OF COURT

                              By:_____
                                  Deputy Clerk

`