UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22267-BECERRA/TORRES

DOMINIQUE MARTIN,

    Plaintiff,

vs.

BIS-NIK II ENTERPRISES, INC.
D/B/A TIPSEE SPIRITS & WINE
AND MARK CARRIE,

    Defendants.
_____/

### PLAINTIFF'S NOTICE OF JOINT LIABILITY

Plaintiff, Dominique Martin, submits this Notice of Joint Liability as to Defendants, Bis-Nik II Enterprises, Inc. d/b/a Tipsee Spirits & Wine and Mark Carrie, as follows:

#### Introduction

Plaintiff worked as a cashier for the Defendants at their liquor store and filed this lawsuit to recover certain unpaid minimum and overtime wages that she earned but was not paid. Plaintiff worked 73.43 hours from April 20 to May 2, 2025, but was not paid at least the federal minimum wage of $7.25 per hour for these hours, for which she seeks to recover $532.37. She also seeks recovery of overtime wages due to the Defendants' failure to pay time and one-half of her regular hourly wage ($15) for each hour she worked beyond 40 in a workweek. Plaintiff filed this lawsuit against Defendants, served the Summons and Complaint on Defendant Mark Carrie on June 17, 2025 [ECF No. 6], who failed to timely respond, resulting in the Clerk of Court entering a Default

1

against him. [ECF No. 8]. Plaintiff then served Defendant Bis-Nik II Enterprises, Inc. d/b/a Tipsee Spirits & Wine with the Summons and Complaint on June 20, 2025 [ECF No. 9]. Plaintiff now submits this Notice to establish the basis for the Court's finding that Defendants are jointly and severally liable to her.

## The Law

By failing to timely respond to the Complaint, Defendants admitted the factual allegations contained therein. *Eagle Hosp. Physicians, LLC v. SRG Consulting, Inc.*, 561 F.3d 1298, 1307 (11th Cir. 2009). The FLSA provides for joint and several liability by joint employers. 29 C.F.R. 791.2 ("For each workweek that a person is a joint employer of an employee, that joint employer is jointly and severally liable with the employer and any other joint employers for compliance with all of the applicable provisions of the Act, including the overtime provisions, for all of the hours worked by the employee in that workweek.") The Court properly considers the facts alleged in the Complaint to establish Defendants' joint and several liability under the FLSA.

Under the FLSA, an officer with operational control over the Defendant corporation is jointly and severally liable under the FLSA.

> The overwhelming weight of authority is that a corporate officer with operational control of a corporation's covered enterprise is an employer *638 along with the corporation, jointly and severally liable under the FLSA for unpaid wages." *Donovan v. Agnew,* 712 F.2d 1509, 1511 (1st Cir.1983) (citing cases). *Accord Donovan v. Grim Hotel Co.,* 747 F.2d 966, 972 (5th Cir.1984), *cert. denied,* 471 U.S. 1124, 105 S.Ct. 2654, 86 L.Ed.2d 272 (1985).

*Patel v. Wargo*, 803 F.2d 632, 637–38 (11th Cir. 1986). Plaintiff's allegations regarding the operational control that Defendant, Mark Carrie, who had and exercised the type of control under the FLSA to result in the determination that he was the Plaintiff's employer.

2

*Conclusion*

Based on the foregoing, Plaintiff requests that the Court award damages against Defendants, Bis-Nik II Enterprises, Inc. d/b/a Tipsee Spirits & Wine and Mark Carrie, jointly and severally.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served through filing in the U.S. District Court's CM/EDF System on this 11th day of September 2025, which will effect service on all who appear in this action, and by U.S. Mail on Defendants, Bis-Nik II Enterprises, Inc. d/b/a Tipsee Spirits and Mark Carrie, 3661 SW 163 Avenue, Miramar, FL 33027 (the address where served with process in this action).

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Miami, FL 33146
Tel:     305.230.4884
*Counsel for Plaintiff*

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com