UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22267-BECERRA/TORRES

DOMINIQUE MARTIN,

    Plaintiff,

vs.

BIS-NIK II ENTERPRISES, INC.
D/B/A TIPSEE SPIRITS & WINE
AND MARK CARRIE,

    Defendants.
_____/

## **PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

Plaintiff, Dominique Martin, identifies the following persons and entities with an interest in the outcome of this action, as follows:

**1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:**

    a)    Dominique Martin – Plaintiff;

    b)    Brian H. Pollock, Esq. – counsel for Plaintiff;

    c)    Katelyn Schickman, Esq. – counsel for Plaintiff;

    d)    Law Office of Brian H. Pollock, P.A. d/b/a FairLaw Firm – counsel for Plaintiff;

    e)    Bis-Nik II Enterprises, Inc. d/b/a Tipsee Spirits & Wine – Defendant; and

    f)    Mark Carrie – Defendant

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

2. **The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

   None known to Plaintiff.

3. **The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

   None known to Plaintiff.

4. **The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

   Plaintiff, Dominique Martin.

5. **Check one of the following:**

   __X__ I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

   -or-

   ____ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served through filing in the U.S. District Court's CM/EDF System on this 24th day of September 2025, which will serve on all who appeared in this action, and by U.S. Mail on Defendants (33027 (at the addressees where each was served with process in this action): Bis-Nik II Enterprises. Inc. d/b/a Tipsee Spirits, at 800 NW 183 Street, Miami Gardens, FL 33169, and Mark Carrie at 3661 SW 163 Avenue, Miramar, FL 33027.

Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave., Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*