UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22267-BECERRA/TORRES

DOMINIQUE MARTIN,

    Plaintiff,

vs.

BIS-NIK II ENTERPRISES, INC.
D/B/A TIPSEE SPIRITS & WINE
AND MARK CARRIE,

    Defendants.
_____/

## **PLAINTIFF'S NOTICE OF FILING PLURIES SUMMONSES**

    Plaintiff, Dominique Martin, notices the Court of the filing of the Pluries Summons to be issued by the Clerk of this Court to Defendants, Bis-Nik II Enterprises, Inc. d/b/a Tipsee Spirits & Wine and Mark Carrie, for the Amended Complaint [ECF No. 23].

    Dated this 10th day of October 2025.

                                          s/Brian H. Pollock, Esq.
                                          Brian H. Pollock, Esq. (174742)
                                          brian@fairlawattorney.com
                                          FAIRLAW FIRM
                                          135 San Lorenzo Avenue
                                          Suite 770
                                          Coral Gables, FL 33146
                                          Tel:    305.230.4884
                                          *Counsel for Plaintiff*