UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22267-BECERRA/TORRES

DOMINIQUE MARTIN,

    Plaintiff,

vs.

BIS-NIK II ENTERPRISES, INC.
D/B/A TIPSEE SPIRITS & WINE
AND MARK CARRIE,

    Defendants.
_____/

**PLURIES SUMMONS IN A CIVIL ACTION**

TO:    BIS-NIK II ENTERPRISES, INC. D/B/A TIPSEE SPIRITS & WINE
        c/o MARK D. CARRIE, its Registered Agent
        3661 S.W. 163 AVE
        MIRAMAR FL 33027

A lawsuit has been filed against you.

Within 21 days after service of this pluries summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Brian H. Pollock, Esq.
        FairLaw Firm
        135 San Lorenzo Avenue
        Suite 770
        Coral Gables, FL 33146
        Tel:    (305) 230-4884
        brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:_____                      *CLERK OF COURT*

                                                            _____
                                                            Signature of Clerk or Deputy Clerk

Civil Action No.:

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

    This summons for *(name of individual and title, if any)* _____ was received by me on *(date)* _____ .

☐    I personally served the summons on the individual at *(place)* _____
_____, _____ on *(date)* _____ ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there, _____ on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐    I served the summons on *(name of individual)* _____
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐    I returned the summons unexecuted because _____ ; or

☐    Other *(specify)*:
_____ .

    My fees are $_____ for travel and $_____ for services, for a total of $_____

I declare under penalty of perjury that this information is true.

Date: _____

                                                    _____
                                                                  *Server's Signature*

                                                    _____
                                                          *Printed Name and Title*

                                                    _____
                                                              *Server's address*

Additional information regarding attempted service, etc: