UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22267-BECERRA/TORRES

DOMINIQUE MARTIN,

      Plaintiff,

vs.

BIS-NIK II ENTERPRISES, INC.
D/B/A TIPSEE SPIRITS & WINE
AND MARK CARRIE,

      Defendants.

_____/

### PLURIES SUMMONS IN A CIVIL ACTION

TO:    MARK D. CARRIE
       3661 S.W. 163 AVE
       MIRAMAR FL 33027

     A lawsuit has been filed against you.

     Within 21 days after service of this pluries summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

            Brian H. Pollock, Esq.
            FairLaw Firm
            135 San Lorenzo Avenue
            Suite 770
            Coral Gables, FL 33146
            Tel:    (305) 230-4884
            brian@fairlawattorney.com

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Oct 14, 2025



**SUMMONS**

*s/ Lisa I. Streets*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

Civil Action No.:

## PROOF OF SERVICE
***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

    This summons for *(name of individual and title, if any)*_____was received by me on *(date)*_____.

       ⌣     I personally served the summons on the individual at *(place)* _____
           _____, _____on *(date)*_____; or

       ⌣     I left the summons at the individual's residence or usual place of abode with *(name)* _____
           _____, a person of suitable age and discretion
           who resides there,_____on *(date)* _____, and mailed
           a copy to the individual's last known address; or

       ⌣     I served the summons on *(name of individual)*_____
           designated by law to accept service of process on behalf of *(name of organization)* _____
           _____on *(date)* _____; or

       ⌣     I returned the summons unexecuted because _____; or

       ⌣     Other *(specify):*

                                                        .

    My fees are $_____for travel and $_____for services, for a total of $_____

I declare under penalty of perjury that this information is true.

Date:_____                       _____
                                                          *Server's Signature*

                                                       _____
                                                   *Printed Name and Title*

                                                       _____
                                                      *Server's address*

Additional information regarding attempted service, etc: