UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22267-BECERRA/TORRES DOMINIQUE

DOMINIQUE MARTIN,

    Plaintiff,

vs.

BIS-NIK II ENTERPRISES, INC. D/B/ A TIPSEE
SPIRITS & WINE AND
MARK CARRIE,

    Defendants.

_____/



## DEFENDANT's RESPONSE MOTION OPPOSING PLAINTIFF's AMENDED COMPLAINT

The Defendant Mark Carrie, et al, moves this court to dismiss the Amended Complaint. The Complaint alleges several issues without any proof to support the allegations. In sum, the Amended Complaint should be dismissed. Bare face assertions are not sufficient to take this matter further. In support thereof, the Defendants states the follows:

### ARGUMENTS

1. The Plaintiff, through a licensed attorney, has submitted several allegations to this court. They did not attach any documents to support the issues Plaintiff complains about. In fact, Plaintiff did not submit an affidavit in support of her claims. This is simply not enough. Plaintiff has had sufficient time to give any records and or documents to her attorney to support her claim. Obviously she, and her licensed attorney, has failed to meet the minimum requirements. That is: offer proof in support of all claims. As a result,

the bare requirements have not been met (No Proof in Support of Issues), which demands that this case be dismissed. Also, any and all fees/costs that are associated with this matter are requested to be refunded to the Defendants. Additionally, the Defendant asks that this court reserve the right to rule on any and all matters relating to the cost associated with this matter.

2. Importantly, the Defendant has attached to this pleading proof that there is an official open case on this matter relating to theft by Plaintiff, Dominique Martin, at the store that she now accuses of not paying her. See Attachment A, Case no. 2025-006421. Miami Gardens Police Department, in support of dismissal. Also, see Attachment B, a Refferal Charge Letter in relations to Plaintiff, that her actions, theft from the store, needs to be investigated. This charge letter was issued after the Defendant, Mark Carrie, presented evidence about Plaintiff's theft to the prosecution office.

3. Indeed, this is likely why Plaintiff created a story, went to an attorney, and stated the Defendant did not pay her the correct salary between March and April 20th of 2025. In sum, the Plaintiff was fired. The police were called for her theft at the store where she was assigned to a store cash register. The plaintiff stole from that cash register. Plaintiff was assigned this register during the time frame she states she was incorrectly paid. However, she failed to explain to her attorney the store policy, which she agreed to. This policy legally allows for deductions from any money shortage assigned to any cashier work station, as will be discussed next.

4. The Defendant, in support of dismissal, has attached as Attachment C, the policy listed in the stores handbook, that all employees must sign prior to employment. In the policy handbook, it is clearly written, and Plaintiff agreed to such terms, that: shortages and mistakes will not be tolerated. 1st mistake deduction. 2nd mistake automatic termination.

2

See Attachment C.

5. In sum, Plaintiff employment was terminated because of theft. She agreed to the policy that theft will not be tolerated. Plaintiff knew that two (2) allegations relating to theft would cause termination. However, she decided to break the law. She cannot escape her actions which are supported by the attachments. Nor, can she deny that the attached store policy was signed and agreed to be her. Also, See police report/case in reference to the theft at the store by Plaintiff. As result thereof, Plaintiff's request, asking this court to award her money that she states she was not paid, without proof, must be dismissed. This conclusion should be reached by looking to the attachments by the Defendant.

6. The existing attachments are real, unlike Plaintiff's bare assertions. The Plaintiff was terminated for theft. She knew termination of employment would happen for her theft, because she was aware of the store policies. As such, this case should be dismissed. It fails to meet the bare requirements. That is: proof of all allegations in an AC must be accompanied with proof.

7. **CONCLUSION**: The Defendants ask that this case be dismissed. The Plaintiff's assertions, without proof, require dismissal.

ATTACHMENT   #A

Miami Gardens Police Report Case...Theft Case on Plaintiff, Dominique Martin

MESSAGE

DATE: 4/30/25  TIME:

---

**MIAMI GARDENS POLICE DEPARTMENT**
18611 NW 27th Avenue
Miami Gardens, Florida 33056
(305) 474-MGPD (6473)

4/15

CASE NUMBER: 2025-006421

OFFICER: Filius

OFFICER VOICE MAIL #: R. Hernandez
305-474-1436

# ATTACHMENT #B

Referral from prosecution office on theft case at the store by Dominique Martin



# REFERRAL SHEET

| | |
|---|---|
| **Name of Complainant:** Mark Carrie | **Date:** 05/14/25 |
| **Name of Subject:** <u>Dominque Martin</u> | **Police Case #:** <u>2025006421</u> |
| **Paralegal:** Mendy K Hufnagel | |

This case should be investigated as a felony compliant per Deputy Chief Assistant State Attorney, Roberto Fiallo. Detective, should you have any questions please don't hesitate to contact ASA Fiallo

---

**XXX** The complaint that you are making with our office is a possible "Felony." Your case needs to be investigated by a detective from the Miami Gardens Police Department before any further action is taken by our office. Once the police have finished their investigation and determined that your case is a criminal matter, the case will be presented to our office for prosecution.

---

☐ The complaint that you are making with our office is a possible "misdemeanor." However, the following information will be required before our office can consider your case for prosecution:

☐ A Police Report or Police case #                   ☐ The full name of the person you are making the complaint against.

☐ A valid address of the person that you are making the complaint against.                   ☐ Medical records

☐ An Estimate of Property Damage.
☐ Other:

_____
_____

---

☐ The complaint that you are making with our office is not a criminal matter. Therefore, your complaint cannot be handled by our office. If you need further assistance with your problem, you can call one of the following information numbers:

Small Claims Court/Civil Court ........... 275-1155          Legal Services ...... 576-0080
Lawyer Referrals ..................................... 1-800-342-8011      Attorney General .. 377-5441
Legal Aid ................................................. 579-5733
Other:

_____
_____

---

**If you have any additional questions or problems,
please call the Criminal Intake Division at 547-0255.**

## ATTACHMENT #C

Store policy on theft that the Plaintiff Dominique Martin Agreed to

## CASHIER
### (CAGE DOOR IS TO BE KEPT CLOSED AT ALL TIMES)
### No exceptions

ponsibilities include but not limited to:
- Greet customers (Hello, Good Day & Thank You) and answer questions regarding product. If not ($25 deduction)
- Observe Customers
- Check for identification for proof-of-age and deny service to anyone under age 21 trying to purchase alcohol and 18 to anyone trying to purchase tobacco products and or intoxicated customers.
- 1or 2 Customers (1person on floor 1 person in cage / 3 or more customers in store (1person on floor 2 people in cage)
- Receive payments by cash, credit or debit. (check all bills for counterfeit)
- Report any suspect behavior to supervisor. Any suspicion should be documented - with date, time and details of what was noticed.
- Operates computerized cash register system to process data. Close out cash register and balance receipts on the sales journal after every shift. (shortages and mistakes will not be tolerated) 1st Mistake, deduction 2nd Mistake Automatic Termination
- Maintain a safe and healthy environment. (keep cage door closed at all times)
- Supervise and or assist with daily cleaning procedures - including but not limited to - sweeping, mopping, vacuuming, dusting, and cleaning of bathroom.
- Inspect and replace damage or lost materials.
- Be able to lift, push and/or carry minimum 25 lbs., stand for long periods of time.
- Work actively with employees to maintain high standards for the company.
- Attend trainings and staff meetings. (All employees must be trained on Lightspeed – pos system or any other program to meet the needs of the business).
- Meet applicable licensing regulations.
- Maintain confidentiality.

### !!STAFF CREDITS: MUST STAY WITHIN THE LIMIT AND CLEARED WEEKLY!!

### STOCK

Greet customers (Hello, Good Day & Thank You) and answer questions regarding product. If not ($25 deduction)
Manage day to day operations and ensuring that they are completed at Tipsee Spirits & Wine.
Manage Stock Room, Sales Floor, Shipment, Inventory, Replenishment and Trash.
Sales Floor should remained stocked at all times.
Do not break Beer Packs
Ice Bags are to be made daily or when needed.
Be perceptive and aware of all things in your work area….. i.e. Customers, Boxes, Bottles & Trash should be placed back in appropriate place.
Be able to lift, push and/or carry minimum 25 lbs., stand for long periods of time.
Work actively with employees to maintain high standards for the company.
Attend in-service and staff meetings. (All employees must be trained on Lightspeed – pos system or any other program to meet the needs of the business).
Meet applicable licensing regulations
Maintain confidentiality.

4

## **CERTIFICATE OF SERVICE**

The Defendants hereby certify that the REPLY/RESPONSE MOTION has been mailed to: Fairlaw firm, Brian H. Pollock, Esq. 135 San Lorenzo Avenue, Suite 770, Coral Gables, Fl 33146, with sufficient postage, for NEXT DAY DELIVERY, on the below listed date: And, the Defendant certify that he hand delivered a copy of this petition to US Courthouse, 401 N. Miami, Floor #8 on the below listed dated:

Done this 16th of October 2025.

By *[signature]*

The Defendants
Mark Carrie
800 N.W. 183rd Street
Miami Fl 33169

4