UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22267-BECERRA/TORRES

DOMINIQUE MARTIN,

    Plaintiff,

vs.

BIS-NIK II ENTERPRISES, INC.
d/b/a TIPSEE SPIRITS & WINE
and MARK CARRIE,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE JOINT SCHEDULING REPORT

THIS CAUSE, having come before the Court on Plaintiff's Motion for Extension of Time to File Joint Scheduling Report [ECF No. 31], and the Court having reviewed the Motion and being otherwise duly advised in the premises, it is hereby ORDERED AND ADJUDGED that the Motion is GRANTED.

The parties shall file their Joint Scheduling Report on or before December 31, 2025, as required by Local Rule 16.1. In preparing the Joint Scheduling Report, the parties must comply with all filing, conferral, and disclosure requirements set forth in the Court's Paperless Order Regarding Certificate of Interested Parties and Joint Scheduling Report [ECF No. 30].

DONE AND ORDERED in Chambers on this _____ day of October 2025.

                                            _____
                                            JACQUELINE BECERRA
                                            UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*