UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22267-BECERRA/TORRES

DOMINIQUE MARTIN,

      Plaintiff,

vs.

BIS-NIK II ENTERPRISES, INC.
D/B/A TIPSEE SPIRITS & WINE
AND MARK CARRIE,

      Defendants.

_____/

## NOTICE OF FILING RETURNS OF NON-SERVICE

      Plaintiff, Dominique Martin, by and through undersigned counsel, hereby provides notice to the Court and all parties of the filing of the Returns of Non-Service regarding attempts to serve the Amended Complaint [ECF No. 23] filed on September 25, 2025, and the Pluries Summonses issued on October 14, 2025 [ECF Nos. 26 and 27], upon Defendants Bis-Nik II Enterprises, Inc. and Mark Carrie, including the efforts made to personally serve each Defendant with process.

      Dated this 30th day of December 2025,

                             s/ Patrick Brooks LaRou
                             Brian H. Pollock, Esq. (174742)
                             brian@fairlawattorney.com
                             Patrick Brooks LaRou, Esq. (1039018)
                             brooks@fairlawattorney.com
                             **FAIRLAW FIRM**
                             135 San Lorenzo Avenue, Suite 770
                             Coral Gables, Florida 33146
                             Telephone: (305) 230-4884
                             *Counsel for Plaintiff*

1