## **RETURN OF NON-SERVICE**

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:25-CV-22267-BECERRA/TORRES

Plaintiff:
**DOMINIQUE MARTIN**

vs.

Defendant:
**BIS-NIK II ENTERPRISES, INC. D/B/A TIPSEE SPIRITS & WINE AND MARK CARRIE**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 14th day of October, 2025 at 11:12 am to be served on **Mark D. Carrie, 3661 SW 163 Avenue, Miramar, FL 33027**.

I, Joseph Onega, do hereby affirm that on the **19th day of December, 2025** at **3:50 pm, I:**

**NON-SERVED** the **PLURIES SUMMONS IN A CIVIL ACTION and AMENDED COMPLAINT** for the reason that I failed to find **Mark D. Carrie** or any information to allow further search.  Read the comments below for further details.

**Additional Information pertaining to this Service:**
10/18/2025  6:48 pm  Attempted service at 3661 SW 163 Avenue, Miramar, FL 33027. This is a house. No answer, no movement.
10/21/2025  10:51 am  Attempted service at 3661 SW 163 Avenue, Miramar, FL 33027. Vehicles at the property: Dodge Ram truck GCIW61; Lexus QJGK93. As I was knocking on the door, someone looked outside through the door. I could not see if it was a male or female. They did not answer the door. I left a contact card on the door.
10/31/2025  12:05 pm  Attempted service at 3661 SW 163 Avenue, Miramar, FL 33027. Vehicles at the property: Lexus QJGK93; Volkswagen 36ETYU; Dodge ram GCIW61. No answer and no movement. I left a contact card on the door again.
10/25/2025  7:09 pm  Attempted service at 3661 SW 163 Avenue, Miramar, FL 33027. No answer and no movement. My contact card has been removed.
11/17/2025  9:35 am  Attempted service at 800 NW 183rd Street, Miami Gardens, FL 33169. The door is locked. No one is present.
11/19/2025  11:27 am  Attempted service at 800 NW 183rd Street, Miami Gardens, FL 33169. I asked a woman at the front counter for Mark Carrie or any employee of BIS-NIK II ENTERPRISES, INC. She went to the back office out of sight. Moments later, she returned and said he was not there and that I should come back tomorrow. I left her my contact card. When I asked again if any employee of BIS-NIK II ENTERPRISES, INC. is available but she did not respond and repeated that I could return tomorrow. The same Dodge Ram seen at the residence was parked in front of the business.
12/19/2025  3:50 pm  No response. Non-served at this time.

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true.  I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

**Joseph Onega**
CPS 1861; SPS 1253

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2025001676