UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22267-BECERRA/TORRES

DOMINIQUE MARTIN,

    Plaintiff,

vs.

BIS-NIK II ENTERPRISES, INC.
D/B/A TIPSEE SPIRITS & WINE
AND MARK CARRIE,

    Defendants.
_____/

### NOTICE OF FILING PROPOSED SUMMONSES
### FOR BIS-NIK II ENTERPRISES, INC. AND MARK CARRIE

Plaintiff, Dominique Martin, by and through her undersigned counsel, hereby files this Notice of Filing Proposed Summonses for issuance by the Clerk of this Court.

1. Plaintiff has filed an Amended Complaint in the above-captioned action. [ECF No. 23].

2. Plaintiff seeks to effectuate service of process upon Defendants, Bis-Nik II Enterprises, Inc. and Mark Carrie, via the Florida Secretary of State, as permitted by law.

3. Attached hereto as Exhibit "A" and Exhibit "B" are the Proposed Summonses in a Civil Action (AO 440) for Defendants, completed with the necessary information for issuance.

WHEREFORE, Plaintiff respectfully requests that the Clerk of this Court issue the attached Proposed Summonses for service on Defendants, Bis-Nik II Enterprises, Inc. and Mark Carrie.

1

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

Dated this 30th day of December 2025,

                                               s/ Patrick Brooks LaRou
                                               Brian H. Pollock, Esq. (174742)
                                               brian@fairlawattorney.com
                                               Patrick Brooks LaRou, Esq. (1039018)
                                               brooks@fairlawattorney.com
                                               **FAIRLAW FIRM**
                                               135 San Lorenzo Avenue, Suite 770
                                               Coral Gables, Florida 33146
                                               Telephone: (305) 230-4884
                                               *Counsel for Plaintiff*

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*