UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22267-BECERRA/TORRES

DOMINIQUE MARTIN,

    Plaintiff,

vs.

BIS-NIK II ENTERPRISES, INC.
D/B/A TIPSEE SPIRITS & WINE
AND MARK CARRIE,

    Defendants.
_____/

## NOTICE OF FILING RETURNS OF NON-SERVICE

    Plaintiff, Dominique Martin, by and through undersigned counsel, hereby provides notice to the Court and all parties of the filing of the Returns of Non-Service regarding attempts to serve the Amended Complaint [ECF No. 23] filed on September 25, 2025, and the Pluries Summonses issued on October 14, 2025 [ECF Nos. 26 and 27], upon Defendants Bis-Nik II Enterprises, Inc. and Mark Carrie, including the efforts made to personally serve each Defendant with process.

    Dated this 30th day of December 2025,

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*

1