

# FLORIDA DEPARTMENT OF STATE
Division of Corporations

January 11, 2026

Brian Pollock

Pursuant to Chapter 48.161 Florida Statutes, substitute service of process was accepted for Mark Carrie in case number 1:25-CV-22267-BECERRA/TORRES and was filed on January 5, 2026 at 12:42 PM.

   Plaintiff(s)
   DOMINIQUE MARTIN
   v.
   Defendant(s)
   BIS-NIK II ENTERPRISES, INC. D/B/A TIPSEE SPIRITS & WINE AND MARK CARRIE

The Secretary of State does not forward documentation to the defendant. All inquiries on behalf of this defendant should be made to the attorneys involved.

Beryllium Spalding
Processor of Service

Division of Corporations
P.O. Box 6327, Tallahassee, Florida 32314

---

Letter No. 260105035SOP.01