UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22267-BECERRA/TORRES

DOMINIQUE MARTIN,

    Plaintiff,

vs.

BIS-NIK II ENTERPRISES, INC.
d/b/a TIPSEE SPIRITS & WINE
and MARK CARRIE,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO DEEM SERVICE OF AMENDED COMPLAINT PERFECTED

THIS CAUSE came before the Court upon Plaintiff's Motion to Deem Service of Amended Complaint Perfected via Substituted Service through the Florida Secretary of State [ECF No. 50]. The Court has reviewed the Motion, the Sworn Declaration of Plaintiff's counsel attached thereto as Exhibit "A," the record in this case, and is otherwise fully advised in the premises.

It is hereby ORDERED AND ADJUDGED as follows:

1. Plaintiff exercised reasonable diligence in attempting to effect personal service of the Amended Complaint and Pluries Summonses upon Defendants Mark Carrie and Bis-Nik II Enterprises, Inc. d/b/a Tipsee Spirits & Wine.

2. Substitute service upon the Florida Secretary of State was properly effected pursuant to Federal Rules of Civil Procedure 4(e)(1) and 4(h)(1)(A), and Florida Statutes §§ 48.161 and 48.181.

3. Plaintiff complied with the statutory requirements of Florida Statute § 48.161,

including service upon the Florida Secretary of State, mailing notice and copies of process via certified mail, and filing a sworn declaration of compliance.

    4.    Service of process of the Amended Complaint upon Defendants Mark Carrie and Bis-Nik II Enterprises, Inc. d/b/a Tipsee Spirits & Wine is hereby DEEMED PERFECTED as of January 11, 2026.

    DONE AND ORDERED in Chambers on this _____ day of February 2026.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*