UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE. NO.: 1:25-CV-22267-BECERRA/TORRES

DOMINIQUE MARTIN

    Plaintiff,

Vs.

BIS-NIK II ENTERPRISES, INC.
D/B/A TIPSEE SPIRITS & WINE
AND MARK CARRIE

    Defendants
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANTS

The undersigned counsel, Ralph Kenol, Esq. of RALPH KENOL & ASSOCIATES, P.A., hereby notices its appearance as counsel for Defendants BIS-NIK II Enterprises Inc. D/B/A Tipsee Spirits & Wine and Mark D. Carrie.  Please serve copies of all pleadings, motions, discovery requests, etc. upon the undersigned counsel.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been delivered via the US District Court's EM/ECF which will affect service on all who appear in this action on this 23rd day of February 2026.

    **RALPH KENOL & ASSOCIATES, P.A.**
    1940 Harrison Street Suite 304
    Hollywood, FL 33020
    Tel: (754) 816-8058
    Fax: (954) 241-6978
    Service email: rk@ralphkenolpa.com

By:     *s/Ralph Kenol*
    Ralph Kenol | FBN: 487831