UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE. NO.: 1:25-CV-22267-BECERRA/TORRES

DOMINIQUE MARTIN

    Plaintiff,

Vs.

BIS-NIK II ENTERPRISES, INC.
D/B/A TIPSEE SPIRITS & WINE
AND MARK CARRIE

    Defendants

_____/

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Defendants, BIS-NIK II ENTERPRISES, INC. d/b/a TIPSEE SPIRITS & WINE and MARK CARRIE ("Defendants"), by and through undersigned counsel, respectfully move this Court for a five (5) day extension of time to file their Answer and Affirmative Defenses to Plaintiff's Complaint, and in support state as follows:

1. Plaintiff, Dominique ("Plaintiff"), filed the Complaint in this action, Case No. 1:25-CV-22267-BECERRA/TORRES.

2. Defendant Mark D. Carrie, who was previously self- represented, has a current deadline to file a responsive pleading on February 23rd, 2026.

3. Defendant, Bis-Nik II Enterprises, Inc. was not previously represented.

4. Counsel has filed an appearance on behalf of both parties and is seeking time to review the docket and file responsive pleadings on behalf of both defendants.

5. Defendants request a brief extension of five (5) days, up to and including Saturday February 28th, 2026 to file their Answer and Affirmative Defenses.

6. This requested extension is necessary to allow undersigned counsel additional time to review the allegations of the Complaint, confer with Defendants, and adequately prepare a responsive pleading.

7. This request is made in good faith and not for purposes of delay. The requested extension is brief and will not prejudice Plaintiff or affect the orderly progression of this case.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that counsel has conferred with counsel for Plaintiff in a good faith effort to resolve the issues raised in this Motion and has been advised that Plaintiff does not oppose the relief requested herein.

WHEREFORE, Defendants respectfully request that this Court enter an Order granting this Unopposed Motion for Extension of Time and extending the deadline for Defendants to file their Answer and Affirmative Defenses by five (5) days, up to and including Saturday February 28th, 2026, and granting such other relief as the Court deems just and proper.

Respectfully submitted on this 23rd day of February 2026.

                                        **RALPH KENOL & ASSOCIATES, P.A.**
                                        1940 Harrison Street Suite 304
                                        Hollywood, FL 33020
                                        Tel: (754) 816-8058
                                        Fax: (954) 241-6978
                                        Service email: rk@ralphkenolpa.com

                                        By: _____***s/Ralph Kenol***_____
                                               Ralph Kenol | FBN: 487831

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been delivered via the US District Court's EM/ECF which will effect service on all who appear in this action on this 23rd day of February 2026.

By: _____**s/Ralph Kenol**_____