UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE. NO.: 1:25-CV-22267-BECERRA/TORRES

DOMINIQUE MARTIN

    Plaintiff,
vs.

BIS-NIK II ENTERPRISES, INC.
D/B/A TIPSEE SPIRITS & WINE
AND MARK CARRIE

    Defendants
_____/

## ANSWER AND AFFIRMATIVE DEFENSES

Defendants, BIS-NIK II ENTERPRISES, INC., d/b/a TIPSEE SPIRITS & WINE ("Tipsee") and Mark Carrie, ("Carrie") or collectively, ("Defendants"), by and through undersigned counsel, hereby files this Answer and Affirmative Defenses and states:

1. Admitted for jurisdictional purposes only.

2. Admitted.

3. Admitted.

4. Admitted.

5. Neither admit nor deny. Strict proof demanded.

6. Denied. Strict proof demanded.

7. Neither admit nor deny.

## COUNT I – FLSA MINIMUM WAGE VIOLATION(S)

Defendant repeats and re-alleges each and every answer contained in paragraphs one through seven.

8. Neither admit nor deny.

9. Admit.

10. Neither admit nor deny .

11. Admit.

12. Admit.

13. Denied.

14. Admit.

15. Neither admit nor deny. Strict proof demanded.

16. Neither admit nor deny. Strict proof demanded.

17. Admit.

18. Admit.

19. Admit.

20. Neither admit nor deny.

21. Neither admit nor deny.

22. Denied. Defendant paid Plaintiff above both the federal minimum wage and the Florida state minimum wage, Strict proof demanded as to this allegation/

23. Denied. Strict proof demanded.

24. Denied. Strict proof demanded.

WHEREFORE, Defendant respectfully requests that this case be dismissed and Defendant be granted any further relief that may be just and appropriate.

## COUNT II – FLSA OVERTIME WAGE VIOLATONS

Defendants repeats and re-alleges each and every answer contained in paragraphs one through seven.

25. Defendants re-incorporate each and every answer in paragraphs one through

26. Defendants neither admit nor deny. Strict proof demanded.

27. Denied. Strict proof demanded.

28. Denied. Strict proof demanded.

29. Denied. Strict proof demanded.

30. Denied. Strict proof demanded.

WHEREFORE Defendant respectfully requests that this case be dismissed and Defendant be granted any further relief that may be just and appropriate.

## COUNT III – BREACH OF CONTRACT
## (Against Bis-Nik II Enterprises, Inc. d/b/a Tipsee Spirits & Wine

Defendants request Defendant repeats and re-alleges each and every answer contained in paragraphs one through seven.

31. Denied. Strict proof demanded.

32. Neither admit nor deny. Strict proof demanded.

33. Neither admit nor deny. Strict proof demanded.

34. Denied. Strict proof demanded.

35. Denied. Plaintiff resigned from employment on or about April 29th, 2025 after Plaintiff was discovered to have violated her terms of employment based on her violation of

company policy, specifically, theft of payments from customers and failure to properly account for payments.

WHEREFORE Defendant respectfully requests that this case be dismissed and Defendant be granted any further relief that may be just and appropriate

### COUNT IV – UNJUST ENRICHMENT
### (Against Bis-Nik II Enterprises, Inc. d/b/a Tipsee Spirits and & Wine)

Defendants request Defendant repeats and re-alleges each and every answer contained in paragraphs one through seven.

36. Neither admit nor deny.

37. Admit.

38. Neither admit nor deny. Strict proof demanded.

39. Neither admit nor deny. Strict proof demanded.

40. Denied. Strict proof demanded.

WHEREFORE Defendant respectfully requests that this case be dismissed and Defendant be granted any further relief that may be just and appropriate

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Answers and Affirmative Defenses were served through the filing in the U.S. District Court's CM/ECF System on this 28th day of February. 2028 which will affect service on all who appear in this action.

                              **RALPH KENOL & ASSOCIATES, P.A.**
                              1940 Harrison Street Suite 304
                              Hollywood, FL 33020
                              Tel: (754) 816-8058
                              Fax: (954) 241-6978
                              Service email: rk@ralphkenolpa.com

By:         _____*s/Ralph Kenol*_____
                       Ralph Kenol | FBN: 487831