UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22267-BECERRA/TORRES

DOMINIQUE MARTIN,

    Plaintiff,

vs.

BIS-NIK II ENTERPRISES, INC.
D/B/A TIPSEE SPIRITS & WINE
and MARK CARRIE,

    Defendants.
_____/

## NOTICE OF MEDIATOR SELECTION

Plaintiff, Dominique Martin, hereby notifies the Court that, pursuant to this Court's Order Setting Trial [ECF No. 37], the parties have agreed to utilize **Stanley Zamor, Esq. as mediator** in this action, with mediation to be conducted by Zoom videoconference on **March 16, 2026**, commencing at **10:00 a.m.**

Respectfully submitted this 9th day of March 2026,

                                            s/ Patrick Brooks LaRou
                                            Brian H. Pollock, Esq. (174742)
                                            brian@fairlawattorney.com
                                            Patrick Brooks LaRou, Esq. (1039018)
                                            brooks@fairlawattorney.com
                                            FAIRLAW FIRM
                                            135 San Lorenzo Avenue, Suite 770
                                            Miami, Florida 33146
                                            Telephone: (305) 230-4884
                                            *Counsel for Plaintiff*