UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22267-BECERRA/TORRES

DOMINIQUE MARTIN,

    Plaintiff,

vs.

BIS-NIK II ENTERPRISES, INC.
d/b/a TIPSEE SPIRITS & WINE
and MARK CARRIE,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE

THIS CAUSE, having come before the Court on Plaintiff's Unopposed Motion to Extend Discovery Deadline [ECF No. 57], and the Court having reviewed the Motion and being otherwise duly advised in the premises, it is hereby ORDERED AND ADJUDGED that the Motion is GRANTED. Accordingly, the **deadline to complete discovery** in this action is extended from March 16, 2026 to **April 15, 2026**.

DONE AND ORDERED in Chambers on this _____ day of March 2026.

                                                        _____
                                                        JACQUELINE BECERRA
                                                        UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*