UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DOMINIQUE MARTIN,

      Plaintiff(s),

                                                      CASE NO: 1:25-CV-22267

vs.

BIS-NIK II ENTERPRISES, INC.
d/b/a TIPSEE SPIRITS & WINE and
MARK CARRIE,

      Defendant(s),

_____/

**REPORT OF MEDIATOR**

      The undersigned, Stanley Zamor, Mediator from Salmon & Dulberg Dispute Resolution, hereby reports to this Honorable Court that a mediation conference in this cause was held on: March 16, 2026 The results of the Mediation Conference are as follows:

☒   All required parties were present *or*

☐   The following required parties were not present: _____

☒   An agreement was reached.

☐   A **confidential** settlement agreement was reached.

☐   No agreement was reached.

☐   The parties have agreed to adjourn and reconvene at a later date to continue the mediation. The Court will be notified of the continuation date.

☐   The parties have agreed to continue negotiating with the assistance of the mediator.

☐   If no further Report of Mediator is filed on or before _____, the Court shall presume that no agreement has been reached.

☐   Other:_____.

Respectfully Submitted:

*/s/ Stanley Zamor*
Stanley Zamor
Florida Supreme Court Mediator Number:
13036CRF
stanley.zamor@sdadr.com

Managing Partner: John W. Salmon, Esq.
Florida Bar Number: 271756
John@sd-adr.com, service2@sd-adr.com

Salmon & Dulberg Dispute Resolution
1395 Brickell Avenue, Suite 800,
Miami, Florida 33131
Telephone: (305) 371-5490

Copies furnished to: All Counsel of Record