**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 25-cv-22267-JB**

DOMINIQUE MARTIN,

      Plaintiff,

v.

BIS-NIK II ENTERPRISES, INC.
D/B/A TIPSEE SPIRITS & WINE
and MARK CARRIE,

      Defendants.

_____/

**ORDER REQUIRING MOTION TO APPROVE FLSA SETTLEMENT AND**
**ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** comes before the Court upon the Report of Mediator.  ECF No. [58].  Upon due consideration of the Notice, the pertinent portions of the record, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The parties shall file a Joint Motion to Approve FLSA Settlement Agreement and for Dismissal with Prejudice within **thirty (30) days** of the date of this Order. Failure to comply will result in dismissal of this case without prejudice and without further notice.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only.  Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 17th day of March, 2026.

_____

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**