UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22267-BECERRA/TORRES

DOMINIQUE MARTIN,

      Plaintiff,

vs.

BIS-NIK II ENTERPRISES, INC.
d/b/a TIPSEE SPIRITS & WINE
and MARK CARRIE,

      Defendants.

_____/

## ORDER GRANTING JOINT MOTION TO APPROVE FLSA SETTLEMENT

THIS CAUSE came before the Court on the Parties' Joint Motion to Approve FLSA Settlement [ECF No. 60] (the "Joint Motion"). The Court having reviewed the Joint Motion and the case file, it is hereby

ORDERED AND ADJUDGED that the Joint Motion is GRANTED, as follows:

1.      The Court approves the Parties' settlement as fair and reasonable;

2.      This case is dismissed with prejudice, with the Court retaining jurisdiction to:

(a)  determine the attorney's fees and costs to be awarded to Plaintiff as the prevailing party in this case under 29 U.S.C. §216(b);

(b)  enter an Order awarding attorney's fee and costs to Plaintiff and her counsel;

(c)  take such other actions as necessary and/or are related to the enforcement of the parties' settlement; and

(d)  award such other relief as is just and appropriate.

DONE AND ORDERED in Chambers on this _____ day of April 2026.

_____
 JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*