UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-cv-22267-JB/Torres

DOMINIQUE MARTIN,

     Plaintiff,

v.

BIS-NIK II ENTERPRISES, INC.
D/B/A TIPSEE SPIRITS & WINE,
AND MARK CARRIE,

     Defendants.

_____/

## ORDER APPROVING FLSA SETTLEMENT

**THIS CAUSE** comes before the Court upon the parties' Joint Motion to Approve FLSA Settlement.  ECF No. [60].  This is an action for violation of the Fair Labor Standards Act ("FLSA").  According to the Joint Motion and Settlement Agreement attached thereto, the parties have agreed to resolve this dispute for $5,633.26, allocated as follows: $1,616.83 for overtime wages, $1,200 for straight-time wages, and $2,816.63 as liquidated damages.  ECF No. [60].  The parties also request that the Court separately determine Plaintiff's attorneys' fees and costs.  *Id.*

Before the Court can approve a settlement of FLSA claims, it must scrutinize the settlement and determine that it is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982).  If the settlement reflects a reasonable compromise over FLSA issues that are in dispute, the Court may approve the

settlement "to promote the policy of encouraging settlement in litigation." *Id.* at 1354. The following factors are typically considered when determining whether a settlement is fair and reasonable: "(1) the existence of collusion behind the settlement; (2) the complexity, expense, and likely duration of the litigation; (3) the stage of the proceedings and the amount of discovery completed; (4) the probability of plaintiff's success on the merits; (5) the range of possible recovery; and (6) the opinions of counsel." *Mason v. Wyndham Vacation Ownership, Inc.*, No. 10-1805, 2012 WL 570060, at *3 (M.D. Fla. Feb. 17, 2012) (citation omitted); *see also Dees v. Hydradry, Inc.*, 706 F. Supp. 2d 1227, 1241 (M.D. Fla. Apr. 19, 2010).

On April 17, 2026, the Parties submitted their Joint Motion to Approve FLSA Settlement as well as their settlement agreement. ECF Nos. [60], [60-1].  The Court has carefully reviewed the record and the Parties documented basis for a settlement of this FLSA case, in light of the considerations set forth above. Based on this analysis, the Court finds that the Parties' settlement of this action is fair and reasonable.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the parties' Settlement is **APPROVED**, and all pending motions are **DENIED AS MOOT**. Plaintiff shall have **seven** (7) days from the date of this Order to file her motion for attorneys' fees and costs.

**DONE AND ORDERED** in Miami, Florida, this 5th day of May, 2026.

_____

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**