

**FairLaw Firm**
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Phone: +13052304884
Email: intake@fairlawattorney.com
Website: https://fairlawattorney.com/

**To:**
Dominique Martin

## INVOICE

**Open (Not Sent)**

**Invoice #** 824

**Invoice Date:** 5/12/2026

**Due Date:** 5/19/2026

| Amount due |
|---|
| 38,754.00 |

## Services

| Date | Staff Member | Category | Description | Duration | Total |
|---|---|---|---|---|---|
| 5/13/2025 | Brian H. Pollock Esq. | Legal | Conducted initial with Dominique Martin, discussed her case and what to expect and then reviewed sign-up procedures | 1.00 | 500.00 |
| 5/14/2025 | Steffany Sanguino | Paralegal | Received, analyzed, and organized pay stubs from the client. | 0.30 | 49.50 |
| 5/14/2025 | Steffany Sanguino | Paralegal | I drafted an email to the client ███████ | 0.20 | 33.00 |
| 5/14/2025 | Brian H. Pollock Esq. | FLSA - Plaintiff | Review file and then draft Complaint to include claims for FLSA MW and OT, and Florida law claims for B/K and U/E based on the information provided by Ms. Martin | 1.20 | 600.00 |
| 5/14/2025 | Brian H. Pollock Esq. | Draft/revise | Draft email to Ms. Martin re: ███████ | 0.20 | 100.00 |
| 5/14/2025 | Brian H. Pollock Esq. | Draft/revise | Draft Letter to client re ███████ | 0.30 | 150.00 |
| 5/15/2025 | Brian H. Pollock Esq. | Draft/revise | Exchange emails with Ms. Martin re: ███████ | 0.40 | 200.00 |
| 5/15/2025 | Steffany Sanguino | Paralegal | Received, reviewed, and organized bank statements from 8/9/24 - 4/25/25, a record of hours worked from 4/27/25 - 5/1/25, screenshots of earnings from March 14, March 21, March 28, April 4, April 11, April 18 April 25. | 0.30 | 49.50 |
| 5/16/2025 | Brian H. Pollock Esq. | FLSA - Plaintiff | REvise Complaint to address potential for counterclaims and then draft summons(es) for filing (x2) and conduct online research re: Mr. Carrie's residential address for service | 0.50 | 250.00 |
| 5/19/2025 | Steffany Sanguino | Paralegal | I received a call from the clerk informing me that she wanted to confirm the venue(location for the new lawsuit). The complaint refers to Broward, but the summons lists a Miami address. I took her information and asked to confirm, then get back to her. | 0.20 | 33.00 |
| 5/19/2025 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Clerk's Notice of Judicial Assignment: Judge Becerra and Magistrate Judge | 0.10 | 50.00 |

| Date | Person | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | Torres | | |
| 5/19/2025 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Summons issued to Defendant Mark Carrie | 0.10 | 50.00 |
| 5/19/2025 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of summons issued to Bis-Nik | 0.10 | 50.00 |
| 5/19/2025 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Order Regarding Procedures (re: Service, Defaults, Certificates of Interested Parties, JSRs, Filing Motions, Extensions, and Settlement Approval/Hearing), and review the Court's standing Order re: Defaults | 0.40 | 200.00 |
| 5/19/2025 | Steffany Sanguino | Paralegal | t/c with client to discuss ███████ | 0.20 | 33.00 |
| 5/19/2025 | Steffany Sanguino | Paralegal | I received a photo of a calendar from April 20, 2025 - May 3, 2025. The client informed me that ███████ | 0.10 | 16.50 |
| 5/19/2025 | Brian H. Pollock Esq. | Draft/revise | Draft letter to client re: ███████ | 0.30 | 150.00 |
| 5/22/2025 | Steffany Sanguino | Paralegal | I drafted an email to the client ███████ | 0.20 | 33.00 |
| 5/22/2025 | Steffany Sanguino | Paralegal | I drafted the calculations based on the earning statements received from the client, calculated a total of 3,103.89 owed in OT from Sept 22, 2024 to April 19, 2025. | 1.00 | 165.00 |
| 5/27/2025 | Steffany Sanguino | Paralegal | I received a call from the client regarding ███████; the client informed me ███████ | 0.20 | 33.00 |
| 6/12/2025 | Katie Schickman Esq. | Unassigned | locate the RA | 0.30 | 82.50 |
| 6/19/2025 | Brian H. Pollock Esq. | Draft/revise | Draft NOF Return of Service on Mark Carrie | 0.20 | 100.00 |
| 7/8/2025 | Gaelle Colas | FLSA - Plaintiff | Review court docket, review and ensure service of process, discuss service of process with assistant Juan, | 0.40 | 170.00 |
| 7/11/2025 | Brian H. Pollock Esq. | Draft/revise | Draft Mot for Clerk's Default on Mark Carrie | 0.30 | 150.00 |
| 7/11/2025 | Brian H. Pollock Esq. | Draft/revise | Draft letter to defendant Mark Carrie enclosing motion for clerk's default | 0.30 | 150.00 |
| 7/14/2025 | Brian H. Pollock Esq. | Draft/revise | Draft letter to defendant Mark Carrie enclosing clerk's default | 0.20 | 100.00 |
| 7/14/2025 | Gaelle Colas | Employment Litigation Plaintiff | Correspond with Tatiana, review and update letter to OC regarding clerk's default | 0.20 | 85.00 |
| 7/28/2025 | Gaelle Colas | FLSA - Plaintiff | Review case for status of defaults and second service on the second plaintiff | 0.10 | 42.50 |
| 8/11/2025 | Steffany Sanguino | Paralegal | I received a voicemail from the client ███████. I called the client back but no.a. I left him a voicemail. | 0.20 | 33.00 |

| Date | Name | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| 8/12/2025 | Steffany Sanguino | Paralegal | I called the client to request ▮▮▮▮▮ ▮▮▮▮▮▮▮. | 0.10 | 16.50 |
| 8/12/2025 | Steffany Sanguino | Paralegal | I texted the client requesting ▮▮▮▮ ▮▮ | 0.10 | 16.50 |
| 8/13/2025 | Steffany Sanguino | Paralegal | Conduct research re: location of store for service of process following inability to serve registered agent. Drafted an email to the process server providing the business address. | 0.20 | 33.00 |
| 8/15/2025 | Brian H. Pollock Esq. | Draft/revise | Draft NOF Return of Service on Bis-Nik II Enterprises, Inc. | 0.20 | 100.00 |
| 8/18/2025 | Steffany Sanguino | Paralegal | I drafted and sent an email to our client ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮. | 0.20 | 33.00 |
| 8/18/2025 | Steffany Sanguino | Paralegal | Received information regarding the client's witnesses. I requested additional information on each of them. | 0.20 | 33.00 |
| 8/19/2025 | Steffany Sanguino | Paralegal | The first draft of the Rule 26 has been completed. | 0.30 | 49.50 |
| 9/11/2025 | Brian H. Pollock Esq. | Draft/revise | revise the proposed M/Default and Default by Clerk against Bis Nik | 0.20 | 100.00 |
| 9/11/2025 | Brian H. Pollock Esq. | Draft/revise | Draft letter to defendant Bis-Nik II Enterprises, Inc. enclosing motion for clerk's default | 0.20 | 100.00 |
| 9/11/2025 | Brian H. Pollock Esq. | Draft/revise | Draft N/Joint Liability | 0.30 | 150.00 |
| 9/11/2025 | Brian H. Pollock Esq. | Draft/revise | Draft letter to defendant Bis-Nik II enclosing clerk's default | 0.20 | 100.00 |
| 9/18/2025 | Katie Schickman Esq. | Draft/revise | draft motion for final judgement vs. bis nik II | 1.00 | 275.00 |
| 9/18/2025 | Katie Schickman Esq. | Draft/revise | draft declaration that accompanies motion for final judgement v. Bis Nik II | 0.50 | 137.50 |
| 9/18/2025 | Katie Schickman Esq. | Draft/revise | finalize declaration of indebtness | 0.20 | 55.00 |
| 9/18/2025 | Katie Schickman Esq. | Draft/revise | revise motion for default final judgement - save as draft 2 | 0.50 | 137.50 |
| 9/18/2025 | Katie Schickman Esq. | Draft/revise | add overtime calculation to declaration - save as v3 | 0.20 | 55.00 |
| 9/18/2025 | Katie Schickman Esq. | Draft/revise | further revise motion for final judgement to add counts and ot caluclation - save as v3 | 0.30 | 82.50 |
| 9/18/2025 | Katie Schickman Esq. | Phone Call | spoke to ms. martin. and request ▮▮▮▮▮ ▮▮▮▮▮▮ | 0.30 | 82.50 |
| 9/18/2025 | Katie Schickman Esq. | Email with Others (Not Client) | email to martin f/u phone call | 0.20 | 55.00 |

| | | | | | |
|---|---|---|---|---|---|
| 9/19/2025 | Katie Schickman Esq. | Email with Client | receive cl pay records & raise confirmation. request confirmation of ot | 0.20 | 55.00 |
| 9/19/2025 | Katie Schickman Esq. | Phone Call | confirm w cl that ████████████ | 0.30 | 82.50 |
| 9/19/2025 | Katie Schickman Esq. | Draft/revise | draft amended complaid - add. b/k (saved as v2) | 0.70 | 192.50 |
| 9/22/2025 | Katie Schickman Esq. | Draft/revise | draft v2 of the response to orderder to show cause | 0.80 | 220.00 |
| 9/22/2025 | Katie Schickman Esq. | Draft/revise | justify & finalize response to order to show cause | 0.30 | 82.50 |
| 9/22/2025 | Katie Schickman Esq. | Draft/revise | begin drafting order to show cause (v1) | 0.40 | 110.00 |
| 9/23/2025 | Katie Schickman Esq. | Draft/revise | work on response to order to show cause add cert of service and format | 0.80 | 220.00 |
| 9/23/2025 | Katie Schickman Esq. | Draft/revise | draft (and conduct legal research for) motion for leave to file amended complaint | 1.20 | 330.00 |
| 9/23/2025 | Katie Schickman Esq. | Legal | conduct legal research to find case law supporting reply to order to show cause | 0.60 | 165.00 |
| 9/23/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | review order striking amended complaint | 0.20 | 55.00 |
| 9/24/2025 | Brian H. Pollock Esq. | Draft/revise | Conduct legal research and then revise the draft of the Response to the order to Show Cause to address in more detail the issues and potential concerns by the Court and include relevant caselaw | 0.80 | 400.00 |
| 9/24/2025 | Brian H. Pollock Esq. | Draft/revise | Draft Certificate of Interested Parties | 0.20 | 100.00 |
| 9/24/2025 | Katie Schickman Esq. | Draft/revise | conduct legal research and further revise the leave to file amended complaint | 0.60 | 165.00 |
| 9/24/2025 | Katie Schickman Esq. | Draft/revise | revise martin in accordance with bp redline - save as v5 | 0.30 | 82.50 |
| 9/24/2025 | Katie Schickman Esq. | Draft/revise | conduct research on federal case law & add to leave (save as v7) | 0.50 | 137.50 |
| 9/25/2025 | Katie Schickman Esq. | Draft/revise | draft n/strike | 0.50 | 137.50 |
| 9/25/2025 | Katie Schickman Esq. | Legal | file mot for leave | 0.20 | 55.00 |
| 9/25/2025 | Katie | Legal | file n/strike | 0.20 | 55.00 |

| | | | | | |
|---|---|---|---|---|---|
| | Schickman Esq. | | | | |
| 9/25/2025 | Katie Schickman Esq. | Draft/revise | revise amended complaint | 0.20 | 55.00 |
| 9/25/2025 | Katie Schickman Esq. | Legal | conduct legal research to determine if necessary to file summons | 0.40 | 110.00 |
| 9/25/2025 | Katie Schickman Esq. | Legal | review order granting leave to file amended complaint | 0.20 | 55.00 |
| 10/10/2025 | Brian H. Pollock Esq. | Draft/revise | Draft Pluries Summonses (x2) directed to each Defendant and N/Filing for Same | 0.20 | 100.00 |
| 10/14/2025 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding coordinating service of Pluries Summonses and Amended Complaint. | 0.10 | 37.50 |
| 10/14/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | Pluries summons issued as to Bis-Nik II Enterprises | 0.10 | 27.50 |
| 10/14/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | Pluries summons Issued as to Mark Carrie | 0.10 | 27.50 |
| 10/17/2025 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Review of Defendants' "Response Motion Opposing Plaintiff's Amended Complaint." | 0.30 | 112.50 |
| 10/21/2025 | Brooks LaRou Esq. | Draft/revise | Drafted Notice of Appearance; conferral with Juan Aragon regarding filing same. | 0.20 | 75.00 |
| 10/22/2025 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Paperless Order Regarding Certificate of Interested Parties and Joint Scheduling Report. | 0.20 | 75.00 |
| 10/29/2025 | Brooks LaRou Esq. | Phone Call | Phone call with client to discuss ███████ ████████████████████████████. | 0.30 | 112.50 |
| 10/29/2025 | Brooks LaRou Esq. | Draft/revise | Drafted Proposed Scheduling Order. | 0.40 | 150.00 |
| 10/29/2025 | Brooks LaRou Esq. | Draft/revise | Began drafting Joint Scheduling Report. | 0.60 | 225.00 |
| 10/29/2025 | Brooks LaRou Esq. | Phone Call | Phone calls (x2) to last-known phone number for Mark Carrie - no answer. | 0.10 | 37.50 |
| 10/30/2025 | Brooks LaRou Esq. | Draft/revise | Drafted Motion for Extension to File Joint Scheduling Report. | 1.00 | 375.00 |
| 10/30/2025 | Brooks LaRou Esq. | Draft/revise | Drafted Proposed Order granting Motion for Extension to File Joint Scheduling Report. | 0.20 | 75.00 |
| 10/30/2025 | Brooks LaRou Esq. | Draft/revise | Drafted Response to Defendant's Motion to Dismiss Amended Complaint; conducted legal research in connection with the same. | 5.00 | 1,875.00 |
| 11/11/2025 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's order denying Plaintiff's Motion for Extension to file Joint Scheduling Report. | 0.10 | 37.50 |
| 11/12/2025 | Brooks | Receipt, Review, | Receipt and review of Court's notice resetting deadline | 0.10 | 37.50 |

| | | | | | |
|---|---|---|---|---|---|
| | LaRou Esq. | and Analysis | to file Joint Scheduling Report to 11/21/25. | | |
| 11/12/2025 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Paperless Show Cause Order requiring Defendants to file their Certificate of Interested Parties by 11/19/25. | 0.10 | 37.50 |
| 11/21/2025 | Brooks LaRou Esq. | Draft/revise | Final revisions to Statement of Claim section of Joint Scheduling Report. | 1.00 | 375.00 |
| 11/21/2025 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Order to Show Cause regarding Joint Scheduling Report and Defendants' Certificate of Interested Parties / Corporate Disclosure Statement. | 0.10 | 37.50 |
| 11/26/2025 | Brooks LaRou Esq. | Email with Others (Not Client) | Receipt of email from process server regarding status of service attempts for Amended Complaint. | 0.10 | 37.50 |
| 11/28/2025 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Order Setting Trial, Calendar Call, Reference to Magistrate Judge, Pretrial Deadlines, and Pretrial Procedure. | 0.30 | 112.50 |
| 12/1/2025 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Magistrate Judge Torres' Order Setting Discovery Procedures. | 0.30 | 112.50 |
| 12/3/2025 | Brian H. Pollock Esq. | Draft/revise | Draft Letter to Client About ████████ | 0.30 | 150.00 |
| 12/19/2025 | Steffany Sanguino | Paralegal | Conferral with Juan regarding upcoming deadlines. | 0.10 | 16.50 |
| 12/30/2025 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Defendants' Motion to Dismiss. | 0.40 | 150.00 |
| 12/30/2025 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Defendants' Motion for Leave to File Electronic Video Security Camera Surveillance. | 0.20 | 75.00 |
| 12/30/2025 | Brooks LaRou Esq. | Draft/revise | Drafted Notices of Filing Proposed Summonses (x2) for service on Defendants via the Florida Secretary of State. | 0.20 | 75.00 |
| 12/30/2025 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Clerk's Notice to Filer regarding Wrong Event Selected in connection with Non-Service Affidavit for both Defendants, and requiring corrective action within 3 days. | 0.10 | 37.50 |
| 12/31/2025 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Pluries Summonses issued by Clerk for service on Secretary of State. | 0.10 | 37.50 |
| 12/31/2025 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding serving Pluries Summonses on Secretary of State. | 0.10 | 37.50 |
| 12/31/2025 | Katie Schickman Esq. | Legal | Research to determine whether service of process is still required if Defendants file a motion to dismiss before being served | 0.50 | 137.50 |
| 1/2/2026 | Katie Schickman Esq. | Receipt, Review, and Analysis | Letter from Mr. Carrie enclosing Motion Requesting Permission to File Electronic Security Camera Surveillance | 0.20 | 55.00 |
| 1/2/2026 | Katie Schickman Esq. | Receipt, Review, and Analysis | Letter from Mr.Carrie enclosing Defendants' 12(b)(6) Motion to Dismiss | 0.30 | 82.50 |
| 1/2/2026 | Katie Schickman Esq. | Draft/revise | Conduct legal research on the reliance on extrinsic evidence in ruling on motions and begin drafting Plaintiff's response to Defendant's Motion to Dismiss the Complaint. | 3.50 | 962.50 |
| 1/6/2026 | Katie | Draft/revise | Continue drafting Plaintiff's response in opposition to | 2.70 | 742.50 |

| | | | | | |
|---|---|---|---|---|---|
| | Schickman Esq. | | the defendants' motion to dismiss. conduct legal research to support arguments on pro se litigant corporations, and using affirmative defenses in the motion to dismiss | | |
| 1/12/2026 | Brooks LaRou Esq. | Draft/revise | Draft letter to Mark Carrie re Notice of Substitute Service | 0.20 | 90.00 |
| 1/12/2026 | Brooks LaRou Esq. | Draft/revise | Draft letter to Bis-Nik re Notice of Substitute Service | 0.20 | 90.00 |
| 1/12/2026 | Brooks LaRou Esq. | Draft/revise | Began drafting Response to Defendants' Motion Requesting Permission to File Electronic Video Security Camera Surveillance; conducted legal research in connection with same. | 1.00 | 450.00 |
| 1/14/2026 | Brooks LaRou Esq. | Draft/revise | Continued drafting and finalized Response to Defendants' Motion for Leave to File Surveillance Footage; conducted legal research in connection with same. | 3.00 | 1,350.00 |
| 1/14/2026 | Brooks LaRou Esq. | Draft/revise | Continued drafting and finalized Response to Defendants' Motion to Dismiss Under Rule 12(b); conducted legal research in connection with same. | 3.00 | 1,350.00 |
| 1/14/2026 | Brooks LaRou Esq. | Unassigned | Conferral with Hillary Frontado regarding mailing letters (x2) to Defendants notifying them of substituted service on Secretary of State, and attachments to same. | 0.10 | 45.00 |
| 1/14/2026 | Katie Schickman Esq. | Draft/revise | Begin drafting Plaintiffs Motion to Deem service. conduct legal research too find supporting southern district case law | 1.30 | 357.50 |
| 1/15/2026 | Katie Schickman Esq. | Draft/revise | Continue drafting motion to deem service. Review the file and docket for the statement of facts & conduct legal research to include in memorandum of law section | 2.20 | 605.00 |
| 1/15/2026 | Katie Schickman Esq. | Draft/revise | Draft declaration of compliance with Fla. Stat. §48.161 for Substituted Service on Defendant | 1.10 | 302.50 |
| 1/25/2026 | Brooks LaRou Esq. | Draft/revise | Drafted Plaintiff's First Interrogatories to Defendants. | 1.80 | 810.00 |
| 1/26/2026 | Brooks LaRou Esq. | Draft/revise | Drafted Plaintiff's First Requests for Production to Defendants. | 0.60 | 270.00 |
| 1/26/2026 | Brooks LaRou Esq. | Draft/revise | Drafted Plaintiff's Rule 26(a) initial disclosures. | 1.20 | 540.00 |
| 1/28/2026 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Order setting hearing on all pending motions for 2/11/26. | 0.10 | 45.00 |
| 2/11/2026 | Brian H. Pollock Esq. | FLSA - Plaintiff | Review file and pending Motions (and Responses) and the Amended Complaint in preparation for oral argument at today's hearing; then, attend hearing | 2.50 | 1,587.50 |
| 2/13/2026 | Brooks LaRou Esq. | Draft/revise | Continued drafting KS's first draft of Motion to Deem Service Perfected, and sworn declaration of service in support; conducted legal research in connection with same. | 5.00 | 2,250.00 |
| 2/14/2026 | Brooks LaRou Esq. | Draft/revise | Final revisions to draft of Motion to Deem Service Perfected, Sworn Declaration of service in support, and Proposed Order granting same. | 2.00 | 900.00 |
| 2/18/2026 | Steffany | Paralegal | Prepared certified envelopes for correspondence | 0.20 | 37.00 |

| | | | | | |
|---|---|---|---|---|---|
| | Sanguino | | issued for the defendant and Mark Carrie. | | |
| 2/18/2026 | Katie Schickman Esq. | Draft/revise | Revise and continue drafting P's RFPs to Tipsee and M Carrie | 1.60 | 440.00 |
| 2/18/2026 | Katie Schickman Esq. | Draft/revise | Revise and continue drafting P's combined RFP to defendants | 1.90 | 522.50 |
| 2/18/2026 | Katie Schickman Esq. | Draft/revise | Revise and continue drafting P's INTs to Tipsee and M Carrie | 1.00 | 275.00 |
| 2/18/2026 | Brooks LaRou Esq. | Draft/revise | Final revisions to drafts of Interrogatories, Requests for Production, and Requests for Admission to both Defendants. | 5.00 | 2,250.00 |
| 2/19/2026 | Brooks LaRou Esq. | Unassigned | Conferral with Steffany Sanguino regarding serving discovery requests to Defendants by mail. | 0.10 | 45.00 |
| 2/19/2026 | Brooks LaRou Esq. | Draft/revise | Drafted letter to Mark Carrie coordinating depositions and requesting his current contact information. | 0.20 | 90.00 |
| 2/23/2026 | Brooks LaRou Esq. | Phone Call | Phone call with counsel for Defendants (Ralph Kenol) regarding Defendants' request for extension to file response to Complaint, calculation of damages, and deadline for mediation. | 0.20 | 90.00 |
| 2/23/2026 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Notice of Appearance by Ralph Kenol as counsel for Defendants. | 0.10 | 45.00 |
| 2/23/2026 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Defendants' Unopposed Motion for Extension of Time to file Answer and Affirmative Defenses. | 0.10 | 45.00 |
| 2/23/2026 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Paperless Order granting Defendants' Unopposed Motion for Extension to file Answer and Affirmative Defenses. | 0.10 | 45.00 |
| 2/26/2026 | Brooks LaRou Esq. | Email with Others (Not Client) | Email to Defendants' counsel (Ralph Kenol) coordinating mediation and deposition dates, and forwarding copies of discovery previously served on Defendants. | 0.20 | 90.00 |
| 2/26/2026 | Brooks LaRou Esq. | Teleconference with | Teleconference with client and Brian Pollock regarding ███████████████████ | 0.20 | 90.00 |
| 3/4/2026 | Brooks LaRou Esq. | Phone Call | Phone call with Defendants' counsel (Ralph Kenol) regarding mediator selection, and setting dates for mediation and depositions of Mark Carrie (individually, and as corporate representative of Tipsee). | 0.10 | 45.00 |
| 3/4/2026 | Brooks LaRou Esq. | Email with Others (Not Client) | Email to Defendants' counsel confirming agreement to coordinate mediation date with whichever proposed mediator charges the lowest rate, and agreement to extend discovery deadline to conduct Mr. Carrie's deposition after mediation. | 0.10 | 45.00 |
| 3/6/2026 | Brooks LaRou Esq. | Email with Others (Not Client) | Email from/to Defendants' counsel agreeing to mediate with Stanley Zamor. | 0.10 | 45.00 |
| 3/6/2026 | Brooks LaRou Esq. | Email with Others (Not Client) | Email to Defendants' counsel (Ralph Kenol) requesting availability for deposition of Mark Carrie. | 0.10 | 45.00 |
| 3/6/2026 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding setting mediation date with Stanley Zamor. | 0.10 | 45.00 |

| Date | Name | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|
| 3/9/2026 | Brooks LaRou Esq. | Email with Others (Not Client) | Receipt of email from Case Manager for Salmon & Dulberg (Mariana Cervantes) confirming mediation scheduled for 3/16/26. | 0.10 | 45.00 |
| 3/9/2026 | Brian H. Pollock Esq. | Draft/revise | Draft Letter to client re Mediation via Zoom | 0.30 | 190.50 |
| 3/9/2026 | Brooks LaRou Esq. | Draft/revise | Draft Not of Selection of Mediator | 0.20 | 90.00 |
| 3/9/2026 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Paperless Order denying Plaintiff's Motion to Deem Service Perfected moot in light of Defendants' Answer to Amended Complaint. | 0.10 | 45.00 |
| 3/10/2026 | Brooks LaRou Esq. | Email with Others (Not Client) | Email to Defendants' counsel (Ralph Kenol) regarding scheduling deposition of Mark Carrie after mediation. | 0.10 | 45.00 |
| 3/11/2026 | Katie Schickman Esq. | Email with Others (Not Client) | Message to Ralph Kenol re-sending discovery requests, reminding him of the deadline, and requesting potential dates for Carrie's deposition. | 0.30 | 82.50 |
| 3/11/2026 | Katie Schickman Esq. | Draft/revise | Draft Motion for Extension of Discovery deadline | 1.40 | 385.00 |
| 3/12/2026 | Steffany Sanguino | Paralegal | I called the client to remind her about the upcoming mediation scheduled on Monday. In addition, I sent the client an email enclosing the Zoom link to connect. | 0.20 | 37.00 |
| 3/12/2026 | Brooks LaRou Esq. | Phone Call | Phone call with Defendants' counsel (Ralph Kenol) regarding filing Joint Motion for Extension of Discovery Deadline. | 0.10 | 45.00 |
| 3/12/2026 | Brooks LaRou Esq. | Draft/revise | Revisions to initial draft of Joint Motion for Extension of Discovery Deadline; drafted Proposed Order granting same. | 0.50 | 225.00 |
| 3/12/2026 | Brooks LaRou Esq. | Email with Others (Not Client) | Email to Defendants' counsel (Ralph Kenol) sending drafts of Joint Motion for Extension of Discovery Deadline and Proposed Order granting same for review and approval. | 0.10 | 45.00 |
| 3/13/2026 | Katie Schickman Esq. | Phone Call | Pre-Mediation phone call with Ms. Martin | 0.20 | 55.00 |
| 3/13/2026 | Brooks LaRou Esq. | Draft/revise | Revisions to draft of Motion for Extension of Discovery Deadline and Proposed Order granting same, reframing it as Plaintiff's unopposed motion rather than a joint motion, based on Defendants' counsel's failure to approve draft of Joint Motion and Proposed Order. | 1.00 | 450.00 |
| 3/16/2026 | Brooks LaRou Esq. | Legal | Preparation for mediation including review of Plaintiff's supporting documents, damage calculation, and docket entries; prepared opening statement for mediation. | 0.40 | 180.00 |
| 3/16/2026 | Brooks LaRou Esq. | Attendance at | Attendance at mediation. | 4.00 | 1,800.00 |
| 3/16/2026 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Mediation Report filed by mediator Stanley Zamor. | 0.10 | 45.00 |
| 3/17/2026 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Order Requiring Motion to Approve FLSA Settlement and Administratively Closing Case. | 0.10 | 45.00 |

| 3/18/2026 | Katie Schickman Esq. | Draft/revise | Draft Joint Motion to approve settlement | 1.30 | 357.50 |
|---|---|---|---|---|---|
| 3/20/2026 | Brooks LaRou Esq. | Draft/revise | Revisions to draft of Joint Motion to Approve FLSA Settlement. | 0.60 | 270.00 |
| 3/30/2026 | Brooks LaRou Esq. | Draft/revise | Drafted settlement agreement. | 0.60 | 270.00 |
| 4/7/2026 | Brooks LaRou Esq. | Email with Others (Not Client) | Email to Defendants' counsel (Ralph Kenol) following up on his approval of final written Settlement Agreement, Joint Motion to Approve Settlement, and Proposed Order granting same. | 0.10 | 45.00 |
| 4/9/2026 | Brooks LaRou Esq. | Email with Others (Not Client) | Receipt of email from Defendants' counsel (Ralph Kenol) approving drafts of final written Settlement Agreement, Joint Motion to Approve Settlement, and Proposed Order granting same. | 0.10 | 45.00 |
| 4/10/2026 | Brooks LaRou Esq. | Draft/revise | Drafted Plaintiff's Motion for Attorney's Fees and Costs, and Proposed Order granting the same. | 1.20 | 540.00 |
| 4/14/2026 | Brooks LaRou Esq. | Email with Client | Email to Defendants' counsel (Ralph Kenol) requesting copy of fully executed settlement agreement. | 0.10 | 45.00 |
| 4/14/2026 | Brooks LaRou Esq. | Phone Call | Phone call with Defendants' counsel (Ralph Kenol) regarding Defendants failure to sign final written settlement agreement and status of mailing first settlement payment installment. | 0.10 | 45.00 |
| 4/14/2026 | Brooks LaRou Esq. | Phone Call | Phone call with Luis Rodriguez Ceruto regarding updated settlement authority and documents needed to respond to StratAir's Second Requests for Production. | 0.80 | 360.00 |
| 4/14/2026 | Brian H. Pollock Esq. | Draft/revise | Revise Motion for Fees and conduct add'l/updated legal research for it | 0.80 | 508.00 |
| 4/16/2026 | Brooks LaRou Esq. | Email with Others (Not Client) | Email to Defendants' counsel (Ralph Kenol) notifying him of Defendants' failure to deliver first settlement payment installment. | 0.20 | 90.00 |
| 4/21/2026 | Brooks LaRou Esq. | Draft/revise | Final revisions to draft of Motion for Attorney Fees and Costs; conducted legal research in connection with same. | 3.00 | 1,350.00 |
| 4/23/2026 | Brooks LaRou Esq. | Draft/revise | Continued revisions to draft of Motion for Attorney's Fees and Costs, adding biography section for Gaelle Colas, Esq. | 0.30 | 135.00 |
| 5/1/2026 | Brooks LaRou Esq. | Phone Call | Phone call with Defendants' counsel (Ralph Kenol) regarding delivery status of Plaintiff's first settlement check; Mark Carrie contends that the first check was delivered and that he has confirmation of delivery. | 0.10 | 45.00 |
| 5/4/2026 | Brooks LaRou Esq. | Email with Others (Not Client) | Email to Defendants' counsel (Ralph Kenol) requesting proof of delivery for first settlement check. | 0.10 | 45.00 |
| 5/4/2026 | Brooks LaRou Esq. | Phone Call | Phone call with Defendants' counsel (Ralph Kenol) regarding FedEx confirmation of first settlement check's delivery. | 0.10 | 45.00 |
| 5/5/2026 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Order Approving FLSA Settlement. | 0.10 | 45.00 |
| 5/12/2026 | Brooks LaRou Esq. | Draft/revise | Final revisions to draft Motion for Attorneys' Fees and Costs; compiled, reviewed, and redacted FairLaw's | 1.00 | 450.00 |

| | | | time and expense records in connection with same. | | |
|---|---|---|---|---|---|
| 5/12/2026 | Brooks LaRou Esq. | Draft/revise | Drafted Proposed Order Granting Plaintiff's Motion for Attorney's Fees and Costs. | 0.30 | 135.00 |

**Services Subtotal:38,754.00**


**Total:38,754.00**