

**INVOICE**

<mark>Draft</mark>

**Invoice #** 825

**Invoice Date:** 5/12/2026

**Due Date:** 5/19/2026

| Amount due |
|---|
| **1,904.47** |

**FairLaw Firm**
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Phone: +13052304884
Email: intake@fairlawattorney.com
Website: https://fairlawattorney.com/

**To:**
Dominique Martin

## Expenses

| Date | Vendor | Category | Description | Total |
|---|---|---|---|---|
| 5/16/2025 | FairLaw Firm | Filing Fee - Federal Court | | 405.00 |
| 6/18/2025 | FairLaw Firm | Service of Process | Invoice for Service on Mark Carrie | 46.40 |
| 7/14/2025 | FairLaw Firm | Postage | Correspondence Letter Entry of Clerk's Default | 0.74 |
| 8/14/2025 | FairLaw Firm | Service of Process | Invoice for Service of process on Bis-Nik II Enterprises, Inc. | 226.40 |
| 9/11/2025 | FairLaw Firm | Postage | Correspondence letter to defendant Bis-Nik II Enterprises, Inc. enclosing motion for clerk's default | 0.71 |
| 9/19/2025 | FairLaw Firm | Postage | Correspondence: AMENDED COMPLAINT to BIS-NIK II ENTERPRISES, INC. D/B/A TIPSEE SPIRITS & WINE | 1.03 |
| 9/19/2025 | FairLaw Firm | Postage | Correspodece: AMENDED COMPLAINT to MARK CARRIE. | 1.03 |
| 9/24/2025 | FairLaw Firm | Postage | Correspondence Response Cause and the Cert. of Interested Parties to Bis-Nik II Enterprises, Inc. | 1.03 |
| 9/24/2025 | FairLaw Firm | Postage | Correspondence Response Cause and teh Cert. of Interested Parties to Mark | 1.03 |
| 12/19/2025 | FairLaw Firm | Service of Process | Invoice for Non-Service on Bis-Nik | 92.20 |
| 12/19/2025 | FairLaw Firm | Service of Process | Invoice for Non-Service on Mark Carrie | 92.20 |
| 1/13/2026 | FairLaw Firm | Postage | Notice of Substitute Service to Bis-Nik II Cert. Mail | 10.44 |
| 1/13/2026 | FairLaw Firm | Postage | Notice of Substitute Service to Bis-Nik II Reg. Mail | 0.74 |
| 1/13/2026 | FairLaw Firm | Postage | Notice of Substitute Service to Mark Carrie Reg. Mail | 0.74 |
| 1/14/2026 | FairLaw Firm | Postage | Notice of Substitute Service to Mark Carrie Cert. Mail | 10.44 |
| 2/11/2026 | FairLaw | Parking Fee | Attend Hearing on All Pending Motions | 10.00 |

| | | Firm | | | |
|---|---|---|---|---|---|
| 2/19/2026 | FairLaw Firm | Postage | letter Scheduling Depo Cert. Mail | | 2.17 |
| 2/19/2026 | FairLaw Firm | Postage | letter Scheduling Depo Cert. Mail II | | 2.17 |
| 3/17/2026 | FairLaw Firm | Mediation Fees to Mediator | Invoice for Mediation Services | | 1,000.00 |

**Expenses Subtotal:1,904.47**

**Total:1,904.47**