UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22267-BECERRA/TORRES

DOMINIQUE MARTIN,

      Plaintiff,

vs.

BIS-NIK II ENTERPRISES, INC.
d/b/a TIPSEE SPIRITS & WINE
and MARK CARRIE,

      Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S VERIFIED MOTION FOR ATTORNEYS' FEES AND COSTS

THIS CAUSE came before the Court on Plaintiff's Verified Motion for Attorneys' Fees and Costs [ECF No. 62] (the "Motion"). The Court having reviewed the Motion, the supporting exhibits, the record in this case, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED as follows:

1.      The Motion is GRANTED.

2.      The Court finds that Plaintiff Dominique Martin is the prevailing party in this action pursuant to 29 U.S.C. § 216(b), as the Parties expressly stipulated in their Settlement Agreement and as this Court recognized in its Order approving the FLSA settlement.

3.      The Court finds that the following hourly rates are reasonable for attorneys and paraprofessionals of comparable skill, experience, and reputation in the Southern District of Florida:

      a.  Brian H. Pollock, Esq. – $635.00 per hour;

      b.  Gaelle W. Colas, Esq. – $425.00 per hour;

      c.   Patrick Brooks LaRou, Esq. – $450.00 per hour;

      d.   Katelyn Schickman, Esq. – $275.00 per hour;

      e.   Steffany Sanguino (Paralegal) – $185.00 per hour.

4.      The Court finds that the hours expended by Plaintiff's counsel were reasonably necessary to the prosecution of this action.

5.      Defendants Bis-Nik II Enterprises, Inc. d/b/a Tipsee Spirits & Wine and Mark Carrie, jointly and severally, are ORDERED to pay Plaintiff's attorneys' fees in the amount of $38,754.00 and costs in the amount of $1,904.47, for a total award of $40,658.47.

6.      Plaintiff is further entitled to recover reasonable attorneys' fees and costs incurred in collecting on the underlying FLSA settlement and in enforcing this Order, with the amounts of any such fees and costs to be determined upon proper application to the Court.

DONE AND ORDERED in Chambers on this _____ day of May 2026.

 

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*