**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 1:25-cv-22267-JB

DOMINIQUE MARTIN,

     Plaintiff,

v.

BIS-NIK II ENTERPRISES, INC. d/b/a
TIPSEE SPIRITS & WINE, and MARK CARRIE,

     Defendants.

_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESSES

PLEASE TAKE NOTICE that the undersigned, David Cruz, Esq., of Vindex Privatus, PLLC, hereby enters his appearance as counsel of record for Defendants, BIS-NIK II ENTERPRISES, INC. d/b/a TIPSEE SPIRITS & WINE, and MARK CARRIE, in the above-styled action, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers filed or served in this action be served upon the undersigned.

Pursuant to Local Rule 5.1 and the Court's CM/ECF Administrative Procedures, the undersigned designates the following e-mail address for service of all documents in this action: david@vindexprivatus.com.

1

Consumer Litigation • Credit Reporting • Debt Collection Defense • Wealth Protection

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 4, 2026, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will serve a copy upon all counsel of record.


Respectfully submitted,

**VINDEX PRIVATUS, PLLC**
By: /s/ David Cruz
David Cruz, Esq.
Florida Bar No. 1006812
2525 Ponce de Leon Blvd., Suite 300
Coral Gables, FL 33134
Tel: (786) 626-8113
Email: david@vindexprivatus.com
*Counsel for Defendants*

Consumer Litigation • Credit Reporting • Debt Collection Defense • Wealth Protection