**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 1:25-cv-22267-JB

DOMINIQUE MARTIN,

      Plaintiff,

v.

BIS-NIK II ENTERPRISES, INC. d/b/a
TIPSEE SPIRITS & WINE, and MARK CARRIE,

      Defendants.

_____/

### DEFENDANTS' MOTION FOR SUBSTITUTION OF COUNSEL

Defendants, BIS-NIK II ENTERPRISES, INC. d/b/a TIPSEE SPIRITS & WINE, and MARK CARRIE (collectively, "Defendants"), by and through undersigned incoming counsel, respectfully move this Court, pursuant to Local Rule 11.1, for the entry of an Order substituting David Cruz, Esq., and Vindex Privatus, PLLC, as counsel of record for Defendants in place of Ralph Kenol, Esq., and in support state:

1.      Ralph Kenol, Esq. (Florida Bar No. 487831) is the current counsel of record for Defendants, having appeared on their behalf [ECF No. 51] and filed Defendants' Answer to the Amended Complaint [ECF No. 54].

2.      Defendants have retained David Cruz, Esq., of Vindex Privatus, PLLC, to represent them in this action, including in connection with the pending Verified Motion for Attorneys' Fees and Costs [ECF No. 62] and the hearing set for June 10, 2026 [ECF No. 63].

1

3.      Defendants respectfully request that the Court permit David Cruz, Esq., and Vindex Privatus, PLLC, to be substituted as counsel of record for Defendants in place of Ralph Kenol, Esq.

4.      Pursuant to Local Rule 11.1, notice of this Motion is being served contemporaneously with its filing upon outgoing counsel of record, Ralph Kenol, Esq., and upon counsel for Plaintiff, as reflected in the Certificate of Service below.

5.      This substitution is sought in good faith and not for purposes of delay. Incoming counsel will adhere to all existing deadlines and Court orders, including the June 10, 2026 hearing.

**WHEREFORE**, Defendants respectfully request that this Court enter an Order granting this Motion, substituting David Cruz, Esq., and Vindex Privatus, PLLC, as counsel of record for Defendants in place of Ralph Kenol, Esq., directing the Clerk to terminate Ralph Kenol, Esq., and to add David Cruz, Esq., as counsel of record for Defendants, and granting such further relief as the Court deems just and proper.

Consumer Litigation • Credit Reporting • Debt Collection Defense • Wealth Protection

## CERTIFICATE OF GOOD-FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that counsel has made reasonable efforts to confer with the parties who may be affected by the relief sought — outgoing counsel of record, Ralph Kenol, Esq., and counsel for Plaintiff — by email on June 4, 2026, but had not received a response as of the time of filing.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 4, 2026, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will serve a copy upon all counsel of record.

Respectfully submitted,

**VINDEX PRIVATUS, PLLC**
By: /s/ David Cruz
David Cruz, Esq.
Florida Bar No. 1006812
2525 Ponce de Leon Blvd., Suite 300
Coral Gables, FL 33134
Tel: (786) 626-8113
Email: david@vindexprivatus.com
*Counsel for Defendants*

Consumer Litigation • Credit Reporting • Debt Collection Defense • Wealth Protection