**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-22267-Becerra**

DOMINIQUE MARTIN,

     Plaintiff,

v.

BIS-NIK II ENTERPRISES, INC. d/b/a
TIPSEE SPIRITS & WINE, and MARK CARRIE,

     Defendants.

_____/

## ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL

**THIS CAUSE** comes before the Court upon Defendants' Motion for Substitution of Counsel.  ECF No. [65].  Upon due consideration of the Motion, the pertinent portions of the record, and the relevant authorities, it is hereby **ORDERED AND ADJUDGED** that the Motion, ECF No. [65] is **GRANTED**. Ralph Kenol, Esq., is terminated as counsel of record for Defendants and is relieved of all further responsibility in this action.  David Cruz, Esq., and Vindex Privatus, PLLC, are to be substituted as counsel of record for Defendants in place of Ralph Keno, Esq.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 5th day of June, 2026.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**