**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 26-21515-CIV-LENARD/ELFENBEIN

**SHANE BAYNE,**

Plaintiff,

v.

**CONCRETE USA INC,**

Defendant.

_____/

**ORDER**

Pursuant to the Court's entry of Final Judgment (D.E. 18) in favor of Plaintiff Shane Bayne, Plaintiff has filed a Motion for Attorneys' Fees and Costs (D.E. 20) requesting $16,875.75 in attorney fees and $609.21 in costs incurred in the prosecution of the current action. Attached to the Motion is a record of fees and costs incurred in prosecution of this action, totaling $17,484.96. Defendant Concrete USA Inc. has not appeared in this case and thus has not filed a response to the Motion. Accordingly, the Court awards $17,484.96 to Plaintiff.

FOR WHICH LET EXECUTION ISSUE.

**DONE AND ORDERED** in Chambers at Miami, Florida this 30th day of June, 2026.

**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**