IN THE U S DISTRICT COURT OF THE SOUTHERN DISTRICT OF FLORIDA

**DOMINIQUE MARTIN** **, PLAINTIFF**

**VS.** **CASE NO. 125CV22267**

**BIS NIK II ENTERPRISES INC, TIPSEE SPIRITS & WINE DBA, MARK CARRIE** **, DEFENDANT**

REGIONS BANK, **GARNISHEE**

FILED BY MCO D.C.
OCT 14 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## ANSWER OF GARNISHEE

☑ Regions Bank ("Regions") has in its possession or control property or money, not known to be exempt, belonging to the Defendant(s), and which is not wages, salary, or other compensation in the amount of **$192.00**. Regions will continue to hold this property or money until the Court orders release or payment or until funds are remitted per statute. Regions has notified our customer of their right to raise all potential objections and exemptions with the ordering authority.

☐ Regions has in its possession or control a safe deposit box, the contents of which are unknown, belonging to the Defendant(s), which is being held until further order from the Court.

☐ Regions has in its possession or control money belonging to the Defendant(s), which is not wages, salary or other compensation, and certain money is exempt from execution by federal exemption or specific exemption addendum and thus, has been excluded from the balance provided above.

☐ Regions is currently subject to withholding order under garnishment/levy in case number _________. No funds are available.

☐ Account(s) Closed ☐ No funds Available ☐ No account(s) found based on the information provided for the defendant.

☐ Tenancy by the Entirety

☑ Other: SEE ATTACHED EXHIBIT

Regions does not know of any other person indebted to the Defendant(s) or with effects of the Defendant(s) under his control. If wage withholding is required and Regions employs the Defendant(s), a separate Answer regarding the Defendant(s)' wages, salary and compensation will follow.

I, Teresa Larry, am a duly authorized agent of the Garnishee and certify that the statements set forth in this instrument are true and correct.

/s/ Teresa Larry [signature]
Processor's Signature

Teresa Larry [signature]
Processor's Name

10/2/2026
Date

**PLAINTIFF ATTORNEY**

FAIRLAW FIRM
ATTN: BRIAN H POLLOCK
135 SAN LORENZO AVE STE 770
CORAL GABLES, FL 33146-1878

**US COURT**

U S DISTRICT COURT - SOUTHERN DISTRICT
400 N MIAMI AVE
MIAMI, FL 33128-1801

**EXHIBIT "A"**

Case Number: 125CV22267

| Customer Name & Physical Address | Account Number(s) | State where Account was Opened | Type of Account | Balance Retained |
|---|---|---|---|---|
| MARK D CARRIE<br>4400 NW 171ST ST , MIAMI GARDENS, FL | XXXXXX6847 | FL | CHECKING | $142.00 |
| MARK D CARRIE<br>4400 NW 171ST ST , MIAMI GARDENS, FL | XXXXXX7132 | FL | SAVINGS | $50.00 |
| BIS-NIK II ENTERPRISES INC<br>800 NW 183RD ST , MIAMI, FL | XXXXXX1660 | FL | CHECKING | $0.00 |
| BIS-NIK II ENTERPRISES INC<br>800 NW 183RD ST , MIAMI, FL | XXXXXX5707 | FL | CHECKING | $0.00 |

U S DISTRICT COURT - SOUTHERN DISTRICT
CLERK OF COURT
400 N MIAMI AVE
MIAMI, FL 33128-1801

Po Box 830590
Birmingham, Alabama 35283-0590

REGIONS

FIRST-CLASS
AUTO LETTER

US POSTAGE
ZIP 35244 $
02 7W
0008032310

15 IBFOI38 33128

REC'D BY______D.C.
OCT 14 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI