UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-22267-BECERRA/TORRES

DOMINIQUE MARTIN,

Plaintiff,

vs.

BIS-NIK II ENTERPRISES, INC. D/B/A
TIPSEE SPIRITS & WINE AND
MARK CARRIE,

Defendants.

and

REGIONS BANK,

Garnishee.
______________________________/

**GARNISHMENT NOTICE**

**TO: Bis-Nik II Enterprises, Inc. d/b/a Tipsee Spirits & Wine and Mark Carrie**

YOU ARE NOTIFIED that Garnishee, REGIONS BANK, has answered the Writ of Garnishment issued in this action. A copy of the Writ of Garnishment is attached as Exhibit "A," and a copy of the Garnishee's Answer is attached as Exhibit "B."

If any allegation in Plaintiff's Ex Parte Motion for Writ of Garnishment [ECF No. 74] is untrue, you must move to dissolve the Writ of Garnishment within 20 days after the date identified in the certificate of service in this Notice, exclusive of the day of service. You must serve a copy of the motion on Plaintiff's attorney, Brian H. Pollock, Esq., of FairLaw Firm, and on Garnishee, Regions Bank, 265 S.E. 1st Street, Miami, Florida 33131, and P.O. Box 830590, Birmingham, Alabama 35283-0590, and file the original with the Clerk of this Court either before service on the attorney or immediately thereafter. If you fail to do so, a default under the Writ of Garnishment will be entered against you. You may have

exemptions from the Writ of Garnishment that must be asserted as a defense and could be waived if not timely asserted.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 19, 2026, I electronically filed the foregoing Garnishment Notice, together with Exhibit "A" (Writ of Garnishment) and Exhibit "B" (Answer of Garnishee), with the Clerk of Court using the CM/ECF system, which will serve a copy on all counsel of record, including David Cruz, Esq., Vindex Privatus, PLLC, 2525 Ponce de Leon Boulevard, Suite 300, Coral Gables, Florida 33134, david@vindexprivatus.com, *Counsel for Defendants*.

I FURTHER CERTIFY that on November 19, 2026, I served a true and correct copy of the foregoing Garnishment Notice, together with Exhibits "A" and "B," by first-class U.S. Mail, on:

> Defendant, Bis-Nik II Enterprises, Inc. d/b/a Tipsee Spirits & Wine, 3661 S.W. 163rd Avenue, Miramar, Florida 33027 (its last known address);
>
> Defendant, Bis-Nik II Enterprises, Inc. d/b/a Tipsee Spirits & Wine, 800 N.W. 183rd Street, Miami Gardens, Florida 33169 (the address disclosed in the Answer of Garnishee);
>
> Defendant, Mark Carrie, 3661 S.W. 163rd Avenue, Miramar, Florida 33027 (his last known address); and
>
> Defendant, Mark Carrie, 4400 N.W. 171st Street, Miami Gardens, Florida 33055 (the address disclosed in the Answer of Garnishee).

Respectfully submitted this 19th day of November 2026,

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Tel: 305.230.4884
*Counsel for Plaintiff*